1  Your name: Richard Fried
2  Address: 5075 Eldora Ave #2
3  LV NV 89146
4  Phone Number: 702-970-1828
5  E-mail Address: Richard@edenholistics.com
6  Pro se

7
                    UNITED STATES DISTRICT COURT
8                        DISTRICT OF NEVADA
9

10  EDEN FOODS INC.                    Case Number: 24-CV-1574-GMN-NJK
11
12          Plaintiff,                 **MOTION TITLE:**
13      vs.                            To Extend Time
14  EDEN HOLISTICS LLC
15
16
17
18          Defendant.
19

20
21                      **I. INTRODUCTION**
22  *[Briefly explain who you are and summarize what you are asking the court to decide.]*
23  As the owner of EDEN HOLISTICS I Am kindly asking
24  your Honor / US DISTRICT COURT of NEVADA for a ONE TIME
25  60 day EXTENSION. EDEN FOODS IS coming after 200 plus
26  Companies NAMED EDEN stating only they can use the NAME
27  EDEN. This 60 day's will give me enough time to find the
28  right attorney representation. Also I need the extra time to

                        Page ___ of ___

reach out to the many other companies dealing with the same case. I myself have filed opposition paperwork but am not allowed to represent myself. This 60 days is upmost necessary to do enough research and find the correct Attorney.

## II. ISSUES TO BE DECIDED

[Write each question or request that you are asking the court to decide in this motion. There may be one issue, or more. See the instructions for examples.]

1. Asking the court to kindly allow us a 60 day continuance to find a Attorney who is the correct fit for this case and is not costly.

2. Asking the court to grant us 30 days after we find attorney to prepare case for hearing.

3. As my Aunt who is like a mother to me is in the Hospital I am flying out of town November 5th 2024 coming back Nov 28th 2024.

4. _____

5. _____

## III. MEMORANDUM OF POINTS AND AUTHORITIES

### A. Statement of Facts

[Write the facts relevant to the motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the instructions for more detail.]

Page ____ of ____

1.) Asking the court for this 60 days is highly important so we may due not just Adequate research but to find an attorney that the Company can afford and is the right person to represent EDEN HOLISTICS LLC

We are a new company that does a lot of work in the community working with Parkinsons, Autism and Troubled at risk youth primarily as well as many other healing modalities. Those outreaches and expenses of marketing etc costs of starting a new business is the reason we need enough time to find the right Attorney that is a good fit and mostly one we can afford going forward protecting our Healing company from wrongful attacks.

### B. Argument

*[You should have an argument section for each issue that you listed on page 2. Explain why the court should rule in your favor on each issue. Provide facts and case law or statutes if you have any. Add more pages as needed, keeping in mind the applicable page limits in the instructions.]*

2.) We are asking for 30 days after we find attorney so we may have enough time for research and enough time read out to the many other companies dealing with the same case. This time I believe is nescessary so we can Adequately prepare our defense.

3.) My Aunt is sick in the Hospital in Hungary, Budapest I will be out of town for the time I would be seeking Attorney representation. This is why I Am asking for 60 days NOT 30 days this way when I return on 11-28-24 I still have enough time to find representation.

Page ____ of ____

While I am in Budapest, Hungary I am scheduled Nov 8th & Nov 11 for dental surgery. These events were already pre booked before I received the letter to find attorney due to not being able to represent myself. I attached copies of my airline ticket and can also provide Dental Surgery Root Canal proof when I return or can email soon as I receive procedure in Budapest.

Also I attached my ticket for February 22nd - March 20 for my flight in 2025 if it is possible to not schedule any court dates between those dates as I will be handling affairs from my father passing inheritance selling family home / court matters in Budapest.

Thank you for your consideration your Honor

Page ____ of ____

Thank you your Honor for reading and assessing our case and allowing us to prepare adequately for this case. We spend every day trying and truly helping make a big difference in our Client, ~~Family & Friends lives~~

There are many individuals and pets that highly depend on us to help them. We want to be able to give our all into this case as we know that many people and pets would suffer if Edan Holistics was not available for their Healing Needs/Counsel.

Thank you for your time thoughtfull consideration

[You must sign and date.]

Respectfully submitted,

Date: November 4th, 2024    Sign Name: Richard Fried
                            Print Name: Richard Fried.

Page ___ of ___

Flight to [illegible]

**Saturday 22 February 2025 - 16:15**
**Las Vegas, Harry Reid International Airport, LAS**

KL0636 | Operated by KLM
Economy Class | Booking class: V
Boeing 777-200/200 ER

**Amsterdam, Schiphol Airport, AMS**
11:20 (D+1)

**Meals on board:** Meals

Flight to Bud[apest]

**Sunday 23 February 2025 - 12:30**
**Amsterdam, Schiphol Airport, AMS**

KL1369 | Operated by KLM Cityhopper
| Booking class: L
295

**Budapest, Ferenc Liszt International Airport, BUD**
14:25

**Meals on board:** Snack

Case 2:24-cv-01574-GMN-NJK   Document 17   Filed 11/04/24   Page 7 of 9

Flight

Thursday 20 March 2025 - 06:30
**Budapest, Ferenc Liszt International Airport, BUD**

KL1362 | Operated by KLM
Economy Class | Booking class: L
Boeing 737-900 (winglets)

**Amsterdam, Schiphol Airport, AMS**
08:45

**Meals on board:** Snack

Flight

Thursday 20 March 2025 - 12:25
**Amsterdam, Schiphol Airport, AMS**

KL0635 | Operated by KLM
Economy Class | Booking class: V
Boeing 787-900

**Las Vegas, Harry Reid International Airport, LAS**
15:10

**Meals on board:** Meals


Passenger Information



## Your flight schedule

Flight

**Tuesday 5 November 2024 - 15:59**
**Las Vegas, Harry Reid International Airport, LAS**

KL0636 | Operated by KLM
Economy Class | Booking class: R
Boeing 787-900

**Amsterdam, Schiphol Airport, AMS**
11:05 (D+1)

**Meals on board:** Meals

Flight

**Wednesday 6 November 2024 - 12:30**
**Amsterdam, Schiphol Airport, AMS**

KL1369 | Operated by KLM Cityhopper
| Booking class: L
295

**Budapest, Ferenc Liszt International Airport, BUD**
14:25

**Meals on board:** Snack

Flight

**Meals on board:** Snack

Flight

Thursday 28 November 2024 - 06:30
**Budapest, Ferenc Liszt International Airport, BUD**

KL1362 | Operated by KLM
Economy Class | Booking class: L
Boeing 737-900 (winglets)

**Amsterdam, Schiphol Airport, AMS**
08:45

**Meals on board:** Snack

Flight

Thursday 28 November 2024 - 12:25
**Amsterdam, Schiphol Airport, AMS**

KL0635 | Operated by KLM
Economy Class | Booking class: R
Boeing 787-900

**Las Vegas, Harry Reid International Airport, LAS**
14:10

**Meals on board:** Meals

Flight