# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDEN FOODS, INC., <br>     Plaintiff, <br> v. <br> EDEN HOLISTICS LLC, <br>     Defendant. | Case No. 2:24-cv-01574-GMN-NJK <br><br> **Order** <br><br> [Docket No. 17] |

On October 30, 2024, the Court ordered Defendant Eden Holistics LLC to retain counsel and further ordered that counsel must file a notice of appearance by November 22, 2024. Docket No. 15. Defendant seeks a 60-day extension of that deadline as the owner of the corporation is out of the country until November 28, 2024. Docket No. 17 at 1. In light of the circumstances, the Court finds that good cause has been shown for a 30-day extension.

Accordingly, the motion to extend is **GRANTED** in part. Docket No. 17. Defendant's attorney must file a notice of appearance by **December 23, 2024**. Defendant must file its responsive pleading, through licensed counsel, to Plaintiff's complaint no later than **January 22, 2025**.

IT IS SO ORDERED.

Dated: November 6, 2024

                                                                              _____ <br>
                                                                              Nancy J. Koppe <br>
                                                                              United States Magistrate Judge