# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDEN FOODS, INC., <br>     Plaintiff, <br> v. <br> EDEN HOLISTICS LLC, <br>     Defendant. | Case No. 2:24-cv-01574-GMN-NJK <br><br> **Order** <br><br> [Docket No. 19] |

      On November 6, 2024, the Court extended Defendant Eden Holistics LLC's time to retain counsel and file a notice of appearance to December 23, 2024. Docket No. 18. Defendant seeks a 30-day extension of that deadline due to his difficulty in obtaining counsel during the holiday season. Docket No. 19 at 1. In light of the circumstances, the Court finds that good cause has been shown for a 30-day extension.

      Accordingly, the motion to extend is **GRANTED**. Docket No. 19. Defendant's attorney must file a notice of appearance by **January 22, 2025**. Defendant must file its responsive pleading, through licensed counsel, to Plaintiff's complaint no later than **February 21, 2025**.

      IT IS SO ORDERED.

      Dated: December 20, 2024

                                                              Nancy J. Koppe <br>
                                                             United States Magistrate Judge