COHEN|JOHNSON, LLC
H. STAN JOHNSON, ESQ.
Nevada Bar No.: 00265
RYAN D. JOHNSON, ESQ.
Nevada Bar No.: 14724
375 E. Warm Springs Road, Ste. 104
Las Vegas, NV 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDEN FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EDEN HOLISTICS, INC., <br><br> Defendants. | Case No.: 2:24-cv-01574-GMN-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF DEADLINES RELATED TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES [ECF NO.24]** <br><br> **[FIRST REQUEST]** |

COME NOW, Plaintiff, Eden Foods, Inc., ("Eden Foods") by and through its counsel of record, Christopher Kelly, Esq. and Adrienne J. Kosak, Esq. of Wiley Rein LLP and Chad C. Butterfield, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Defendant Eden Holistics, Inc., ("Holistics") by and through their counsel of record, H. Stan Johnson Esq., and Ryan D. Johnson, Esq., of Cohen Johnson, LLC., do hereby stipulate and agree as follows:

WHEREAS Plaintiff Eden Foods filed their Motion to Strike Affirmative Defenses on March 11, 2025 (ECF No. 24) ("Motion");

WHEREAS Defendant's current deadline to file and serve its Response to Plaintiff's Motion ("Response") is set as **Tuesday, March 25, 2025**;

WHEREAS as Defendant requires additional time to respond to Plaintiff's Motion, and to

310430540v.1

consult with their client regarding voluntarily withdrawing a number of the contested affirmative defenses, the parties have agreed to extend the deadline for Defendant to file and serve their Response;

WHEREAS, the parties have met and conferred and have stipulated and agreed to extend the response deadlines to Plaintiff's Motion as follows:

- Defendant Eden Holistics shall have until **Tuesday, April 1, 2025,** to file its Response to Plaintiff's Motion (ECF No. 24).
- Plaintiff Eden Foods shall have until **seven (7) days** after Plaintiff has filed its Response to file any Reply (LR 7-2 (b)).
- The Court has not yet set a hearing date on Plaintiff's Motion, therefore no rescheduling of a hearing date is necessary at this time.

WHEREAS, the parties respectfully request that this Court order the following and submit that this, their first such stipulation and request for an extension of the above-deadlines, is submitted in good faith and not for the purposes of delay:

- Defendant Eden Holistics shall have until **Tuesday, April 1, 2025,** to file its Response to Plaintiff's Motion (ECF No. 24).

///
///
///
///
///
///
///
///

310430540v.1

- Plaintiff Eden Foods shall have until **seven (7) days** after Defendant has filed its Response to file any Reply (LR 7-2 (b)).

**SO STIPULATED.**

| | |
|---|---|
| DATED this 25th day of March 2025. | DATED this 25th day of March 2025 |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP | COHEN JOHNSON LLC |
| BY: /s/ Chad. C. Butterfield<br>CHAD C. BUTTERFIELD, ESQ. (SBN 10532)<br>6689 Las Vegas Blvd., Ste 200<br>Las Vegas, NV 89119 | BY: /s/ H. Stan Johnson<br>H. STAN JOHNSON, ESQ. (SBN 00265)<br>RYAN D. JOHNSON, ESQ. (SBN 14724)<br>375 E. Warm Springs Rd., Ste 104<br>Las Vegas, NV 89119<br>*Attorneys for Defendant* |

-and-

WILEY REIN LLP
Christopher Kelly (Pro Hac Vice)
Adrienne J. Kosak (Pro Hac Vice)
2050 M Street, N.W.
Washington, D.C. 20036
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 26, 2025

310430540v.1