Christopher Kelly (admitted *pro hac vice*)
Adrienne J. Kosak (admitted *pro hac vice*)
Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Telephone: 202.719.7000
Facsimile: 202.719.7049
Email: ckelly@wiley.law
         akosak@wiley.law

Chad C. Butterfield
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com

*Attorneys for Plaintiff Eden Foods, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDEN FOODS, INC.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EDEN HOLISTICS LLC<br><br>　　　　　Defendant. | Civ. A. No. 2:24-cv-01574-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

　　　　Plaintiff EDEN FOODS, INC. ("Plaintiff") and Defendant EDEN HOLISTICS LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and [Proposed] Order to dismiss all pending claims in the present action ***without prejudice.*** The Parties state as follows:

　　　　1.　　The present action commenced on August 26, 2024, when Plaintiff filed a complaint alleging three counts of trademark infringement, trade name infringement, and unfair competition against Defendant. Dkt. No. 1.

2. Defendant answered on February 21, 2025, and alleged no counterclaims. Dkt. No. 22.

3. The Parties have now reached an agreement to resolve the pending dispute. In accordance with that agreement, the Parties stipulate that all pending claims and this action should be dismissed ***without prejudice*** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**SO STIPULATED:**

DATED this 29th day of December, 2025.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ *Adrienne J. Kosak*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Chad.Butterfield@wilsonelser.com

**WILEY REIN LLP**
Christopher Kelly
Adrienne J. Kosak
2050 M Street, N.W.
Washington, D.C. 20036
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: ckelly@wiley.law
       akosak@wiley.law

*Attorneys for Plaintiff Eden Foods, Inc.*

DATED this 29th day of December, 2025.

**COHEN-JOHNSON, LLC**

/s/ *H. Stan Johnson*
H. Stan Johnson
Kevin M. Johnson
375 E. Warm Springs Road, Suite 104
Las Vegas, NV 89119
(702) 823-3500
Fax: (702) 823-3400
Email: sjohnson@cohenjohnson.com
       kjohnson@cohenjohnson.com

*Attorneys for Defendant Eden Holistics LLC*

**ORDER**

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

Date: December 29, 2025